DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREW M. DANIELS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D17-2061 and 4D17-2113

[June 28, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Tim Bailey, Judge; L.T. Case Nos. 15-013416 CF 10A and 16-012732 CF10A.

Carey Haughwout, Public Defender, and Alan T. Lipson, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Don M. Rogers, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CIKLIN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***